GERARD BILOTTO (New York State Bar No. 2788222)
**LAW OFFICES OF GERARD BILOTTO, P.C.**
Email: *gbilotto@optonline.net*
80 Winding Ridge Rd.
White Plains, NY 10603
Telephone: 914-683-9487
Facsimile: 914-683-8027

**THE ECLIPSE GROUP LLP**
Edward O'Connor, Esq. (State Bar. No. 123398)
E-mail: efo@eclipsegrp.com
Becky V. Christensen, Esq. (State Bar No. 147013)
E-mail: bvc@eclipsegrp.com
1920 Main Street, Suite 150
Irvine, California 92614
Telephone: (949) 851-5000
Facsimile: (949) 851-5051

Attorneys for Defendant The Rutigliano Family LLC

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### (FRESNO)

| | |
|---|---|
| STANISLAUS PARTNERS, a California partnership, and STANISLAUS FOOD PRODUCTS COMPANY, a California Corporation,<br><br>        Plaintiff,<br>    vs.<br>THE RUTIGLIANO FAMILY, LLC., a New Jersey limited liability company, and F.LLI VOZA, an Italian corporation, and DOES 1 through 100, inclusive,<br>        Defendant. | CASE NO 1:09-CV-02010-AWI-GSA<br><br>**ORDER EXTENDING DEFENDANT THE RUTIGLIANO FAMILY LLC'S TIME TO RESPOND TO COMPLAINT**<br><br>Complaint served:      November 25, 2009<br>Current response date:  December 15, 2009<br>New response date:     January 29, 2010<br><br>Judge:       The Hon. Gary S. Austin<br>Date Filed:  November 17, 2009 |

1
[PROPOSED] ORDER EXETENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT

This matter having come before the Court on the Stipulation of Plaintiffs and Defendant The Rutigliano Family LLC, and cause for an extension to answer or otherwise respond to Plaintiffs' Complaint existing.

IT IS HERBY ORDERED: that Defendant The Rutigliano Family LLC shall answer, move or otherwise plead in response to the Complaint on or before January 29, 2010.

**IT IS SO ORDERED.**

Dated:   January 13, 2010             /s/ Gary S. Austin
                                      UNITED STATES MAGISTRATE JUDGE

2
[PROPOSED] ORDER EXETENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT