1   G. KIP EDWARDS (State Bar No. 50446)
    P.O. Box 1979
2   Kings Beach, CA 96143
    Telephone: (530) 546-5892
3   Facsimile: (530) 546-5893
    Email: kedwards@ltol.com
4
    JAMES B. BROWN (State Bar. No. 83355)
5   11292 N. Alpine Road
    Stockton, CA 95212
6   Telephone: (209) 948-0792
    Facsimile: (209) 948-8888
7   Email: jbrownesq@me.com

8   *Attorneys for Plaintiffs Stanislaus Food Products
    Company and Stanislaus Partners*

9   [Additional Counsel Listed on Signature Page]

10

11                  UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA
12
                         (FRESNO DIVISION)
13

14  STANISLAUS PARTNERS, a California        Case No. 1:09-cv-2010- AWI-GSA
    partnership, and STANISLAUS FOOD
15  PRODUCTS COMPANY, a California           **NOTICE OF DISMISSAL**
    Corporation,                             **WITHOUT PREJUDICE**
16              Plaintiffs,

17  vs.

18  THE RUTIGLIANO FAMILY, LLC, a
    New Jersey limited liability company, and
    F.LLI VOZA, an Italian corporation,
19
                Defendants.
20

21        Plaintiffs Stanislaus Partners and Stanislaus Food Products Company hereby voluntarily

22  dismiss their claims against Defendant F.lli Voza.  Pursuant to Rule 41(a)(1)(A)(i) no Order of

23  the Court is required because Defendant F.lli Voza has filed neither an Answer nor a motion for

24  summary judgment.

25  _____
                  NOTICE OF DISMISSAL WITHOUT PREJUDICE -PAGE 1 -

26

FILED

SEP 2 0 2010

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

1           Respectfully submitted,

2                                   **LAW OFFICE OF PAUL W. REIDL**

3

4     Dated: September 17, 2010.        By: /s electronic signature

5                                        Paul W. Reidl (CA Bar No. 155221)
                                         LAW OFFICE OF PAUL W. REIDL
6                                        3300 Wycliffe Drive
                                         Modesto, CA 95355
7                                        Telephone: (209) 526-1586
                                         Facsimile: (209) 526-1586
                                         Email: reidl@sbcglobal.net
8
                                         *Attorney for Plaintiff Stanislaus Food Products Company*
9                                        *and Stanislaus Partners*

10

11

12                    It is so Ordered. Dated: 9-20-10

13

14                              United States District Judge

15

16

17

18

19

20

21

22

23

24

25
_____
        **NOTICE OF DISMISSAL WITHOUT PREJUDICE -PAGE 2 -**
26

## PROOF OF SERVICE

I, the undersigned, declare and certify as follows:

I am over the age of eighteen (18) years and employed in the County of Stanislaus, State of California. I am a member of the Bar of the above-entitled Court. My business address is 3300 Wycliffe Drive, Modesto, CA 95355.

On September 17, 2010, I served the foregoing document:

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**(XX) VIA CM/ECF FILING SYSTEM.** The undersigned hereby certifies that he caused a copy of the foregoing document(s) to be filed with the clerk of the U.S. District Court, Eastern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) on September 17, 2010.

| | |
|---|---|
| Gerard Bilotto, Ph.D., Esq.<br>LAW OFFICES OF GERARD BILOTTO, P.C.<br>80 Winding Ridge Rd.<br>White Plains, NY 10603<br>Email: gbilotto@optonline.net | THE ECLIPSE GROUP LLP<br>Edward O'Connor, Esq.<br>Becky V. Christensen, Esq.<br>1920 Main Street, Suite 150<br>Irvine, CA 92614<br>Email: efo@eclipsegrp.com<br>Email: bvc@eclipsegrp.com |
| G. Kip Edwards<br>P.O. Box 1979<br>Kings Beach, CA 96143-1979<br>Email: kedwards@ltol.com | James Belford Brown<br>11292 N. Alpine Road<br>Stockton, CA 95212<br>Telephone: (209) 948-0200<br>Facsimile: (209) 548-3421<br>Email: jbrownesq@mc.com |

Law Office of Jennifer K. Whipple
4719 Quail Lakes Drive, Suite G-253
Stockton, CA. 95219
Telephone: (209) 954.8434
Facsimile: (209) 957.7470
Email: jenniferwhipple@me.com

Executed on September 17, 2010, at Modesto, California.

/s/ Paul W. Reidl

NOTICE OF DISMISSAL WITHOUT PREJUDICE -PAGE 3 -